AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Officer: Oghenerhuemu Wanogho Telephone: (313) 319-6655

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Melvin Naun ANDRADES, aka
Melvin Naun MORALES-ANDRADES,
a/k/a Oscar MEMBRENO-GUEVARA

Case No. Case: 2:26−mj−30723
Assigned To : Unassigned
Assign. Date : 11/17/2026
Description: CMP USA V. ANDRADES (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 10, 2026 in the county of Oakland in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) & (b)(1) | Unlawful Re-Entry Following Removal from the United States, Prior Felony Conviction |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Oghenerhuemu Wanogho, Deportation Officer, ICE-ERO
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 17, 2026

[signature]
*Judge's signature*

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

# Affidavit

I, Oghenerhuemu Wanogho, declare the following under penalty of perjury:

1. I am a deportation officer employed with Immigration and Customs Enforcement of the U.S. Department of Homeland Security, having served as a deportation officer since September 2025. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law-enforcement databases. I have also reviewed relevant immigration records relating to Melvin Naun ANDRADES a/k/a Melvin Naun MORALES-ANDRADES, a/k/a Oscar MEMBRENO-GUEVARA, which reveal the following:

2. ANDRADES is a 50-year-old citizen and native of El Salvador who last entered the United States on an unknown date, at an unknown place, without inspection by the Department of Homeland Security. MORALES-ANDRADES has no authorization to be in the United States.

3. On or about July 21, 1993, ANDRADES was encountered by immigration authorities and deported to El Salvador.

4. On or about June 20, 2000, ANDRADES was encountered by Gaithersburg Police Department in Maryland and was charged with theft less than $500. The charges were dismissed on July 23, 2001.

5. On or about June 20, 2001, ANDRADES was encountered by Montgomery County Police Department in Maryland, and he was charged with assault-first degree. Those charges were dismissed on December 21, 2001.

6. On or about December 30, 2001, ANDRADES was encountered by Gaithersburg, Maryland, Police Department and was charged with theft less than $500. Those charges were dismissed on January 31, 2002.

7. On or about January 22, 2002, ANDRADES was convicted of assault-second degree and was sentenced to 62 days. He was also found guilty of theft less than $500 and sentenced to 62 days (concurrent). Charges of deadly weapon-concealed and false statement to officer were dismissed. ANDRADES was convicted under the name of Oscar ANDRADE.

8. On or about February 10, 2002, ANDRADES was arrested by Montgomery County, Maryland, Police Department, and was charged with theft less than $500. He was convicted and sentenced to 6 months' custody suspended and 3 months and 8 days probation.

9. On or about June 8, 2002, ANDRADES was encountered by Gaithersburg, Maryland, Police Department and was charged with theft less than $500. On July 11, 2002, he was sentenced to 34 days, suspended 34 days. On August 1, 2002, he was issued a Notice to Appear.

10. On or about October 3, 2002, ANDRADES was encountered by Criminal Alien Program officers after an arrest at the Montgomery City Detention Center, Maryland. MORALES-ANDRADES was issued a Notice to Appear and ordered removed by an Immigration Judge in Baltimore, MD, on November 18, 2002. He was detained pending his removal. MORALES-ANDRADES was removed to El Salvador on August 1, 2003.

11. On or about July 18, 2006, ANDRADES was encountered by U.S. Border Patrol in Nogales, Arizona, and was charged with a violation of 8 USC §1325, Illegal Entry. ANDRADES used the name of Oscar MEMBRENO-GUEVARA at that time. On July 24, 2006, he was sentenced to 30 days' custody. On September 5, 2006, he was ordered removed by an Immigration Judge in California. He was removed on September 25, 2006, under the name of Oscar MEMBRENO-GUEVARA.

12. On or about July 31, 2007, ANDRADES was encountered by Border Patrol Agents near Carrizo Springs, TX, where it was determined that he had entered the United States unlawfully. ANDRADES was issued a Reinstatement of Prior Removal Order. ANDRADES was charged in the U.S. District Court, Western District of Texas, with a violation of 8 U.S.C. §1326(a), Unlawful Re-Entry. He pleaded guilty to the offense and was sentenced on May 14, 2008, to a term of custody of 16 months, and three years' supervised release. The conviction was under the name of Oscar MEMBRENO-GUEVARA. He was removed from the United States on January 15, 2009.

13. On November 10, 2026, ANDRADES was encountered during a targeted enforcement operation in Troy, Michigan. A vehicle associated with

ANDRADES was followed as it left an apartment complex. A vehicle stop was initiated. ICE officers identified themselves and identified ANDRADES as a previously removed alien. His immigration status was confirmed through immigration database inquiries. ANDRADES was detained and transported to the Detroit Field Office for further investigation and processing. His prior order of removal was reinstated.

14. I have reviewed DHS records, which revealed that ANDRADES did not obtain the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, following his removal on January 15, 2009.

15. The aforementioned detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

16. Based on the above information, I believe there is probable cause to conclude that on or about November 10, 2026, in the Eastern District of Michigan, Southern Division, MORALES-ANDRADES, an alien from El Salvador, who had previously been convicted of a felony offense, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about January 15, 2009, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) &(b)(1).

Oghenerhuemu Wanogho
Deportation Officer
Immigration and Customs
Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

______________________________
Hon. Kimberly G. Altman
United States Magistrate Judge

November 17, 2026